### 15540. SIMS v. SAUNDERS.

BELL, J. There being ample evidence to sustain the verdict, and no error of law being complained of, this court is without authority to reverse the judgment of the trial court, refusing the motion for a new trial.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED JULY 22, 1924.

Complaint; from Barrow superior court—Judge Fortson. February 16, 1924.

*G. A. Johns,* for plaintiff in error. *R. H. Kimball,* contra.